**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

ROBERT DAVIS,                 :   No. 71 EM 2021

          Petitioner         :

             v.                :

SUPERIOR COURT OF PENNSYLVANIA,   :

         Respondent       :

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of December, 2021, the Application for Leave to File Original Process is GRANTED. The "Application for Extraordinary Jurisdiction" is DENIED.